Submitted on record and briefs May 2, affirmed June 1, petition for review denied September 27, 2005 (339 Or 406)

STATE OF OREGON,
*Respondent,*

· *v.*

MICHAEL RUDOLPHO GOODMAN,
*Appellant.*

0210-36069; A121536

112 P3d 464

Patrick M. Ebbett and Chilton, Ebbett & Rohr, LLC filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Susan G. Howe, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Brewer, Chief Judge, and Landau, Judge.*

PER CURIAM

Affirmed. *State v. Fuerte-Coria*, 196 Or App 170, 100 P3d 773 (2004), *rev den*, 338 Or 16 (2005).

---

* Landau, J., *vice* Richardson, S. J.